**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FRC Balance, LLC, *et al.*,** | § | **Case No. 26-90806 (CML)** |
| **Debtors.**[1] | § | **(Joint Administration Requested)** **(Emergency Hearing Requested)** |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, attached hereto as **Exhibit A** is an organizational chart reflecting all the ownership interests in FRC Balance, LLC, and its affiliated debtors as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"). The Debtors respectfully represent as follows:

1. True Food Kitchen Holdings, LLC is 100% owned by True Food Kitchen Investco, LLC.

2. True Food Kitchen Parent, LLC is 100% owned by True Food Kitchen Holdings, LLC.

3. FRC Balance, LLC is 100% owned by True Food Kitchen Parent, LLC.

4. FRC TC California, LLC is 100% owned by FRC Balance, LLC.

5. FRC True Food Preston, LLC is 100% owned by FRC Balance, LLC.

6. TFK Maryland, LLC is 100% owned by FRC Balance, LLC.

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

7. True Food Hospitality, LLC is owned 100% by FRC True Food Preston, LLC.

8. True Food Beverages, LLC is 100% owned by True Food Hospitality, LLC.

9. Parties owning 10% or more of True Food Kitchen Investco, LLC include: 37.78% by HumanCo TFK II LLC, 24.05% MTN C203 Holdings, LLC, and 22.74% by Lion/TFK Holdings Inc.

10. To the best of the Debtors' knowledge and belief, no other corporation owns 10% or more equity interests of the Debtors.

Dated: October 5, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
London England (24110313)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
lengland@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (*pro hac vice* pending)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on October 5, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz